UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-10079-CIV-MOORE/GARBER

NANCY STARNES, *et al.*,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

### ORDER

THIS CAUSE is before the Court *sua sponte*.

Through oversight, the Court previously granted Defendant's Motion for Leave of Court to File Memorandum of Law in Excess of Twenty Pages (D.E. #36), which technically was not referred to the undersigned.

Accordingly, the Court's Order (D.E. #37) in which it granted that Motion is VACATED.

RESPECTFULLY SUBMITTED this 15th day of May, 2007.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
United States District Judge K. Michael Moore
Counsel of record