UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-10079-CIV-MOORE/GARBER

NANCY STARNES, *et al.*,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*.

Defendant's Motion for Mental Examination of Plaintiffs Pursuant to Fed. R. Civ. P. 35(a) (D.E. #29) currently is scheduled for a hearing before the undersigned at 2 p.m. on Thursday, May 17, 2007. Two of Plaintiffs' three lawyers, however, have filed a Notice of Unavailability for May 17-18, 2007, and Plaintiffs' third lawyer apparently is not a member of the Bar of this Court and has not yet been admitted *pro hac vice*.

Accordingly, it is ORDERED that the hearing regarding D.E. #29 which is currently scheduled for May 17, 2007, is re-scheduled. It is further

**ORDERED that the hearing regarding Defendant's Motion for Mental Examination of Plaintiffs Pursuant to Fed. R. Civ. P. 35(a) (D.E. #29) will be held on Monday, the 21st of**

**May, 2007, at 3:00 p.m., in the United States Courthouse, New North Courtroom, 2nd Floor, 300 N.E. 1st Avenue, Miami, FL 33132.**

DONE and ORDERED in Chambers at Miami, Florida this 16th day of May, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
United States District Judge K. Michael Moore
Counsel of record