UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-10079-CIV-Moore/Garber

NANCY STARNES, *et al*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

    THE COURT has received the defendant's Motion to Modify Court's Order of May 21, 2007, Regarding Defendant's Motion for Mental Examination of Plaintiffs (DE 57). The plaintiffs oppose said Motion to Modify.

    By its Order granting the defendant's Motion for Mental Examination of Plaintiffs, said Order entered on the record and not yet memorialized in written form, the Court ruled that each examination of each plaintiff is limited to four hours. Defendant's expert, Dr. Mark Mills, by his affidavit, advises that four hours is sufficient for the examination of the minor plaintiff but that six hours would be needed for examination of the adult plaintiffs. Based upon Dr. Mills' affidavit, it appears to the Court that the requested Six hours for the examination of the adult plaintiffs is justified.

    Accordingly, and upon due consideration, it is hereby

    ORDERED that the defendant's Motion to Modify Court's Order of May 21, 2007, etc. is GRANTED. The examination of the minor plaintiff shall be completed in four hours and the

separate examinations of each adult plaintiff shall each be completed in six hours

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of May, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record